522 A.2d 1343

Deborah Lee DENNISON

v.

BALTIMORE CITY DEPARTMENT OF SOCIAL
SERVICES et al.

No. 21, Sept. Term, 1987.

Court of Appeals of Maryland.

April 1, 1987.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE,
RODOWSKY, COUCH, McAULIFFE and ADKINS, JJ.

ORDER

The Court having considered and granted the petition for
a writ of certiorari in the above captioned case, it is this 1st
day of April, 1987

ORDERED, by the Court of Appeals of Maryland, that
the case be remanded to the Court of Special Appeals of
Maryland for further consideration in light of *McGlynn v.
Dept of Social Services*, 308 Md. 410, 520 A.2d 349 (1987).
Costs to be paid by the Baltimore City Department of Social
Services.